IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WARREN STEPHENS,** *et al.*                                             **PLAINTIFFS**

v.                      Case No.  2:20-cv-00121 KGB

**THE HANOVER INSURANCE COMPANY**                                **DEFENDANT**

## ORDER

Before the Court is an agreed order of mutual dismissal with prejudice (Dkt. No. 47). Plaintiffs Warren Stephens and Mary Stephens, individually and as parents, next friends and natural guardian of the minor child Donterious Coleman, and defendant The Hanover Insurance Company ("Hanover") represent that "this matter has been amicably settled and resolved" (*Id.*). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 47).  The Court denies as moot plaintiffs' motion for leave to file first amended complaint (Dkt. No. 19).  The action is dismissed with prejudice.

It is so ordered this 28th day of December, 2021.

Kristine G. Baker
United States District Judge